IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BOBBY EUGENE RODDY,

          Plaintiff,

v.                                                                    CIVIL ACTION NO.   2:14-cv-13317

WV DEPARTMENT OF HEALTH AND
HUMAN RESOURCES,

          Defendant.

**ORDER**

      This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and has recommended that the court **DISMISS** this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Objections to the Magistrate Judge's findings and recommendations were due on or before July 31, 2014. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). As the parties have not filed objections in this case, the court accepts and incorporates

herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendations. The court **DISMISSES** this action for failure to prosecute and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 6, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE